WINSTON & STRAWN LLP
One Riverfront Plaza, Suite 730
Newark, New Jersey 07102
(973) 848-7676
Jeffrey P. Catenacci

*Attorney for Defendants*
*Bank of America, N.A. and*
*Federal National Mortgage Association*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARILYNN ENGLISH, | Honorable Claire C. Cecchi, U.S.D.J. |
| Plaintiff, | Civil Action No. 13 CV 2028 (CCC) (JAD) |
| v. | **BANK OF AMERICA, N.A. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, FEDERAL HOME LOAN MORTGAGE CORPORATION, BANK OF AMERICA N.A., | **Oral Argument Requested** |
| Defendants. | **Return Date: May 6, 2013** |

TO:  Marilynn English, Pro Se
     97 Pease Avenue
     Verona, New Jersey 07044

**PLEASE TAKE NOTICE** that on May 6, 2013, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Defendants Bank of America, N.A. ("BANA") and Federal National Mortgage Association ("Defendants") shall move before the Honorable Claire C. Cecchi, U.S.D.J., at the Martin Luther King, Jr. Federal Building and United

States Courthouse, 50 Walnut Street, Newark, New Jersey, for entry of an Order granting Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and dismissing Plaintiff's Amended Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of said Motion, Defendants will rely upon the Memorandum of Law and Declaration of Jeffrey P. Catenacci, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants respectfully request oral argument.

WINSTON & STRAWN LLP
*Attorneys for Defendants*
*Bank of America N.A. and Federal National*
*Mortgage Association*

By: ___*s/ Jeffrey P. Catenacci*___
        Jeffrey P. Catenacci
        jcatenacci@winston.com

Dated: April 8, 2013

**OF COUNSEL:**
Gonzalo E. Frias
WINSTON & STRAWN LLP
100 N. Tryon Street
Charlotte, NC 28202
(704) 350-7700
gfrias@winston.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 8, 2013, the foregoing Notice of Motion and supporting documents were served upon Plaintiff by Federal Express to:

Marilynn English
97 Pease Avenue
Verona, New Jersey 07044

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Jeffrey P. Catenacci

Dated: April 8, 2013