WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, Suite 730
Newark, New Jersey 07102
(973) 848-7676
Jeffrey P. Catenacci

*Attorneys for Defendants*
*Bank of America, N.A. and*
*Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARILYNN ENGLISH, | Honorable Claire C. Cecchi, U.S.D.J. |
| Plaintiff, | Civil Action No. 13 CV 2028 (CCC) (JAD) |
| v. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, FEDERAL HOME LOAN MORTGAGE CORPORATION, BANK OF AMERICA N.A., | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |
| Defendants. | |

**THIS MATTER**, being opened to the Court by Winston & Strawn LLP, attorneys for Defendants Bank of America, N.A. and Federal National Mortgage Association, by way of Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the Court having considered the written submissions in support thereof and in opposition thereto; and for good cause shown,

**IT IS** on this _____ day of _____, 2013

**ORDERED** as follows:

1. Bank of America, N.A. and Federal National Mortgage Association's Motion to Dismiss Plaintiff's Amended Complaint be and is hereby granted.

2. Plaintiff's Amended Complaint is hereby dismissed with prejudice as to Defendants.

3. A copy of this Order shall be served upon Plaintiff within seven (7) days of the date hereof.

                                                Honorable Claire C. Cecchi, U.S.D.J.