WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, Suite 730
Newark, New Jersey 07102
(973) 848-7676
Jeffrey P. Catenacci

*Attorney for Defendants*
*Bank of America, N.A. and*
*Federal National Mortgage Association*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

———————————————————— x
:
MARILYNN ENGLISH,                    : Honorable Claire C. Cecchi, U.S.D.J.
:
: Civil Action No. 13 CV 2028 (CCC) (JBC)
             Plaintiff,              :
: **BANK OF AMERICA, N.A. AND FEDERAL**
v.                                   : **NATIONAL MORTGAGE ASSOCIATION'S**
: **NOTICE OF MOTION TO DISMISS**
: **PLAINTIFF'S THIRD AMENDED**
FEDERAL NATIONAL MORTGAGE            : **COMPLAINT**
ASSOCIATION, FEDERAL HOME LOAN       :
MORTGAGE CORPORATION, BANK OF        : **Oral Argument Requested**
AMERICA N.A.,                        :
: **Return Date: August 18, 2014**
:
             Defendants.             :
:
:
———————————————————— x

TO:    Marilyn English, Pro Se
       97 Pease Avenue
       Verona, New Jersey 07044

**PLEASE TAKE NOTICE** that on August 18, 2014, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Defendants Bank of America, N.A. ("BANA") and Federal National Mortgage Association ("Fannie Mae" and together with BANA, the "Mortgage Defendants"), shall move before the Honorable Claire C. Cecchi, U.S.D.J., at the Martin Luther King, Jr. Federal Building and United States Courthouse, 50 Walnut Street,

Newark, New Jersey, for an entry of an Order granting Mortgage Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and dismissing Plaintiff's Third Amended Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of said Motion, Mortgage Defendants will rely upon the Memorandum of Law and Declaration of Jeffrey P. Catenacci, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Mortgage Defendants respectfully request oral argument.

          WINSTON & STRAWN LLP

          *Attorneys for Defendants*
          *Bank of America N.A. and Federal National Mortgage Association*

          By: *s/ Jeffrey P. Catenacci*
              Jeffrey P. Catenacci
              jcatenacci@winston.com

Dated: July 17, 2014

**OF COUNSEL:**
Alyson G. Traw
WINSTON & STRAWN LLP
100 N. Tryon Street
Charlotte, NC 28202
(704) 350-7729
atraw@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2014, the foregoing Notice of Motion and supporting documents were served as follows:

**BY ECF AND FEDERAL EXPRESS:**

Marilyn English
97 Pease Avenue
Verona, New Jersey 07044

**BY ECF:**

Vladimir V. Palma
PHELAN HALLINAN & SCHMIEG P.C.
400 Fellowship Road, Suite 1100
Mt. Laurel, New Jersey 08054

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*s/ Jeffrey P. Catenacci*
Jeffrey P. Catenacci

Dated: July 17, 2014