WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, Suite 730
Newark, New Jersey 07102
(973) 848-7676
Jeffrey P. Catenacci

*Attorneys for Defendants*
*Bank of America, N.A. and*
*Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

———————————————————— x
:
MARILYNN ENGLISH,                       : Honorable Claire C. Cecchi, U.S.D.J.
:
: Civil Action No. 13 CV 2028 (CCC) (JBC)
        Plaintiff,                      :
:
v.                                      :
:
:  **DECLARATION OF JEFFREY P. CATENACCI**
:  **IN SUPPORT OF BANK OF AMERICA, N.A.**
FEDERAL NATIONAL MORTGAGE               :  **AND FEDERAL NATIONAL MORTGAGE**
ASSOCIATION, FEDERAL HOME LOAN          :  **ASSOCIATION'S MOTION TO DISMISS**
MORTGAGE CORPORATION, BANK OF           :  **PLAINTIFF'S THIRD AMENDED**
AMERICA N.A.,                           :  **COMPLAINT**
:
:
        Defendants.                     :
:
———————————————————— x

      JEFFREY P. CATENACCI, of full age, hereby declares as follows:

      1.     I am an attorney at law of the State of New Jersey and an associate with Winston & Strawn LLP, attorneys for Defendants Bank of America, N.A. ("BANA") and Federal National Mortgage Association ("Fannie Mae") (collectively, "Defendants") in the above-captioned matter.

      2.     This Declaration is submitted in support of Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint.

3.      Attached hereto as Exhibit 1 is a true and correct copy of a Promissory Note dated March 21, 2003 and signed by Marilynn English.

4.      Attached hereto as Exhibit 2 is a true and correct copy of the Mortgage dated March 21, 2003 and signed by Marilynn English.

5.      Attached hereto as Exhibit 3 is a true and correct copy of the Assignment of Mortgage recorded in the Essex County Registry of Deeds on June 3, 2011 at Book 12314, Page 867.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct.

                                                      *s/ Jeffrey P. Catenacci*
                                                      Jeffrey P. Catenacci

Dated:  July 17, 2014