# EXHIBIT 3

|  | This space for Recorder's use | |
|---|---|---|
| 
DocID#            538923985 | Recording Requested By:<br>**Bank of America**<br>Prepared By:<br>**Srbui Muradyan**<br>**888-603-9011**<br>**450 E. Boundary St.**<br>**Chapin, SC 29036** | When recorded mail to:<br>**CoreLogic**<br>**450 E. Boundary St.**<br>**Attn: Release Dept.**<br>**Chapin, SC 29036** |
| Property Address:<br>**97 Pease Ave**<br>**Verona, NJ 07044-1208**<br>NJ0-AM 13990543            5/27/2011 | | |
| | MIN #: | MERS Phone #:   888-679-6377 |

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **3300 S.W. 34TH AVENUE, SUITE 101 OCALA, FL 34474** does hereby grant, sell, assign, transfer and convey unto **BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP** whose address is **13150 WORLD GATE DR, HERNDON VA 20170** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

| | |
|---|---|
| Original Lender: | **AMERICA'S WHOLESALE LENDER** |
| Borrower(s): | **MARILYNN ENGLISH, AN UNMARRIED WOMAN** |
| Date of Mortgage: | **3/21/2003** |
| Original Loan Amount: | **$315,750.00** |

Recorded in **Essex County, NJ** on: **4/2/2003**, book **8791**, page **537** and instrument number **752837**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on ____5/27/11____

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____
Chester Levings, Assistant Secretary

State of **California**
County of **Ventura**

On **May 27th, 2011** before me, **Evette Ohanian**, Notary Public, personally appeared **Chester Levings**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person (s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public: **Evette Ohanian**              (Seal)
My Commission Expires: **12/27/2011**


EVETTE OHANIAN
COMM. # 1787925
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Dec. 27, 2011