July 28, 2014

To the Court Clerk:

    Re: English v Federal National Mortgage Association
        13 CV-2028 ( CCC) (JBC)

RECEIVED
AUG 01 2014
AT 8:30_____M
WILLIAM T. WALSH, CLERK

    Please replace these two pages with the relevant pages in my recent submission on July 21, 2014.

    I thought it better to do a Motion, rather than just a response and objection.

    Sorry for the inconvenience.

    Thank you so much.

                      Respectfully,

                        Marilynn English Pro Se
                        97 Pease Avenue
                        Verona, NJ 07044

Marilynn English, Pro Se
97 Pease Avenue
Verona, New Jersey 07044

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

MARILYNN ENGLISH

       Plaintiff

v.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, FEDERAL HOME LOAN
MORTGAGE CORPORATION, BANK OF
AMERICA N.A.

       Defendants

Honorable Claire C. Cecchi, U.S.D.J.

Civil Action No. 13 CV 2028 (CCC) (JBC)

---

**PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANTS' BANK OF AMERICA, N.A. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION'S MEMORANDUM OF LAW DISPUTING THEIR MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

---

                                     Marilynn English *Pro Se*
                                     97 Pease Avenue
                                     Verona, New Jersey 07044
                                     973 857 3922
                                     lishmar@aol.com

Marilynn English, Pro Se
97 Pease Avenue
Verona, New Jersey 07044

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

MARILYNN ENGLISH

    Plaintiff

v.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, FEDERAL HOME LOAN
MORTGAGE CORPORATION, BANK OF
AMERICA N.A.

    Defendant

Honorable Claire C. Cecchi, U.S.D.J.

Civil Action No. 13 CV 2028 (CCC) (JBC)

**PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANTS' BANK OF AMERICA, N.A. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION'S MEMORANDUM OF LAW DISPUTING THEIR MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

Judicial Notice should be taken that Plaintiff did not request a removal to Federal Court as noted in the Docket Text dated 04/01/2013. The Defendants requested the movement to Federal Court. The Docket Report is incorrect.

Pursuant to Federal Rule of Civil Procedure 12(b)(6) motion to dismiss. Though a complaint need not contain "*detailed factual allegations*" to be sufficient, it must go beyond mere "*labels and conclusions*". See Casias v. Wal-Mart Stores, Inc. 695 F. 3d 428, 435 (6th Cir. 2012), Bell Atl. Corp v Twombly, 550 .S. 544, 555, 127 S. Ct. 1955 167 L. Ed. 2d 929 (2007), and Conlin v. Mortgage Electronic Registration Sys. 714 F. 3d

1