UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court: Federal National Mortgage Association, Federal Home Loan Mortgage Corporation, Bank of America et al

Docket No. 2:13-cv-02028-CCC-JBC

(Plaintiff)
Marilynn English
v.

(Defendant)
Federal National Mortgage Corporation et al

Judge: Claire C. Cecchi

**Notice of Appeal to the U.S. Court of Appeals for the Third Circuit**

Notice is hereby given that  Marilynn English
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

[ ] Judgment, [x] Order, [ ] Other _____
(Specify)
of the United States District Court, District of New Jersey, entered in this action on

06/22/2018
(Date)

Dated: July 18, 2018

Marilynn English
Appellant

97 Pease Avenue
Street

Verona, NJ 07044
City, State, Zip

973 857 3922
Telephone